**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Cermak Produce, Inc.
                        Plaintiff,

v.                                          Case No.: 1:18−cv−03559
                                                    Honorable Matthew F. Kennelly

George Dernis, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 9, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 1/9/2019 with attorneys for both sides. The parties have finalized a settlement agreement. A further status hearing is set for 1/23/2019 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.