**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CERMAK PRODUCE, INC., an Illinois Corporation, | ) ) ) | |
| | ) | Case No. 18-cv-03559 |
| Plaintiff, | ) ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| DDSD INVESTORS, LLC et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Cermak Produce, Inc. a company organized under the laws of Illinois, and Defendants, DDSD Investors, LLC, Cermak Produce #3 Marketplace, Inc., and George Dernis hereby stipulate to the dismissal of the entirety of the above-captioned action without prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By:   s/ Joseph M. Kuo
   Joseph M. Kuo (ARDC 6216400)
   Christopher S. Naveja (ARDC 6229936)
   SAUL EWING ARNSTEIN & LEHR LLP
   161 N. Clark Street, Suite 4200
   Chicago, Illinois 60601
   (312) 876-7151
   (312) 876-0288
   joseph.kuo@saul.com
   christopher.naveja @saul.com

   *Attorneys for Plaintiff
   Cermak Produce, Inc.*

Dated: January 14, 2019

Respectfully submitted,

By:   s/ Dan E. Garbis (by permission)
   Dan E. Garbis (ARDC 6257303)
   THE GARBIS LAW FIRM, LLC
   7101 North Cicero Ave, Suite 104
   Lincolnwood, Illinois 60712
   (847) 982-9518
   dgarbis@garbislawfirm.com

   *Attorneys for Defendants
   DDSD Investors, LLC, Cermak
   Produce #3 Marketplace, Inc., and
   George Dernis*

Dated: January 14, 2019

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system on January 14, 2019 and thereby caused to be served on all counsel of record registered to receive such service.

/s/ Joseph M. Kuo

30757678.1